IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN R. SCHRUBB, Sr.,

    Plaintiff,                       No. CIV S-05-1508 LKK PAN P

    vs.

EDWARD BONNER, et al.,

    Defendants.                 FINDINGS AND RECOMMENDATIONS

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis relief pursuant to 42 U.S.C. § 1983. By order filed May 18, 2006, plaintiff was ordered to show cause why this action should not be dismissed pursuant to Heck v. Humphrey, 512 U.S. 477 (1994). On June 16, 2006, plaintiff filed a response conceding his inability to satisfy the requirements of Heck. Plaintiff asks the court to hold this matter in abeyance until plaintiff exhausts his claims under state and federal habeas review or, in the alternative, to dismiss this action without prejudice.

        Under Heck, the court is required to determine whether a judgment in plaintiff's favor in this case would necessarily invalidate his conviction or sentence. Id. If it would, the complaint must be dismissed unless the plaintiff can show that the conviction or sentence has been invalidated. As a general rules, dismissals pursuant to Heck v. Humphrey are without prejudice. See Trimble v. City of Santa Rosa, 49 F.3d 583, 584 (9th Cir. 1995).

1  This court found that a judgment in plaintiff's favor herein would implicate the
2  validity of plaintiff's conviction.  (May 18, 2006 Order at 2.)  Plaintiff concedes he cannot
3  demonstrate that his conviction or sentence has been invalidated.  Thus, this action must be
4  dismissed.
5  Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed
6  without prejudice.
7  These findings and recommendations are submitted to the United States District
8  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
9  days after being served with these findings and recommendations, plaintiff may file written
10 objections with the court.  The document should be captioned "Objections to Magistrate Judge's
11 Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
12 specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951
13 F.2d 1153 (9th Cir. 1991).
14 DATED: July 27, 2006.

UNITED STATES MAGISTRATE JUDGE

\001; schr1508.56